**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 21-1800**

VICTORIA COLLINS,

       Plaintiff - Appellant,

    v.

ELLEN MARIE HESS, in her official capacity as Commissioner of the Virginia Employment Commission,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:21-cv-00750-LMB-JFA)

Submitted: December 21, 2021          Decided: December 22, 2021

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Victoria Collins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victoria Collins appeals the district court's order dismissing, after a review pursuant to 28 U.S.C. § 1915, Collins' action against the Commissioner of the Virginia Employment Commission, as well as the court's subsequent order denying Collins' self-styled "Emergency Motion and Order for Unemployment Benefit[s]." We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See Collins v. Hess*, No. 1:21-cv-00750-LMB-JFA (E.D. Va. June 23, 2021; June 24, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<em>AFFIRMED</em>